UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                      No. 07-20309

vs.                                                District Judge Victoria A. Roberts

CORDELL SAIN,                      Magistrate Judge R. Steven Whalen

      Defendant.
_____/

## ORDER

For the reasons stated on the record on December 18, 2008, Defendant's Motion for Severance [Docket #191] is DENIED AS MOOT.

SO ORDERED.

                                               S/R. Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 18, 2008.

                                               S/Gina Wilson
                                               Judicial Assistant